1  DONALD P. EICHHORN    (State Bar No. 139863)
   MARK L. COKEE    (State Bar No. 225818)
2  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Defendant
6  MAYTAG CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 MID-CENTURY INSURANCE COMPANY    )  Case No. 2:08-cv-01597-JAM-DAD
                                    )
              Plaintiff,            )  **STIPULATION OF DISMISSAL WITH**
12                                  )  **PREJUDICE**
      vs.                           )
13                                  )
   SAMSUNG ELECTRONICS CO., LTD. and )
14 MAYTAG CORPORATION               )
                                    )
15            Defendants.           )
                                    )
16

17

          IT IS HEREBY STIPULATED by and between the parties to this action, through their
18
   designated counsel, that the above-captioned action be and hereby is dismissed with prejudice,
19
   pursuant to FRCP 41(a)(1).
20
          SO STIPULATED.
21

22

23  Dated:                                    WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP
24

25                                     By: _____
                                           DONALD P. EICHHORN
26                                         MARK L. COKEE
                                           Attorneys for Defendants
27                                         MAYTAG CORPORATION

28
   _____
                    STIPULATION OF DISMISSAL WITH PREJUDICE
   408324.1

1

2

Dated:                                                          LAW OFFICES OF KENNETH W.
                                                                          TURNER

3

4

By:   _____
                                                                        KENNETH W. TURNER
                                                                        Attorneys for Defendants

5

MID-CENTURY INSURANCE
                                                                          COMPANY

6

7

8   IT IS SO ORDERED.

9

Dated:  12/19/2008

10

11

 /s/ John A. Mendez_____
                                                                        HONORABLE JOHN A. MENDEZ
                                                                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION OF DISMISSAL WITH PREJUDICE

408324.1